UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

CHARLES KEITH MUELLER                                      PLAINTIFF

VERSUS                                 CIVIL ACTION NO. 1:08CV139-RHW

TIMMY SEALS and
JOHN SAUCIER                                          DEFENDANTS

**FINAL JUDGMENT**

In accordance with Federal Rule of Civil Procedure 58(a) and based on the reasons set forth in the Memorandum Opinion and Order entered by this Court, the Court hereby enters its Final Judgment in the above-captioned matter.

It is ordered that the Plaintiff's claims against the Defendants are DISMISSED without prejudice.

SO ORDERED, this the 2nd day of March, 2009.

                                                         s/ *Robert H. Walker*
                                                         UNITED STATES MAGISTRATE JUDGE